UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>          Plaintiff,<br><br>     v.<br><br>E. MUNOZ, et al.,<br><br>          Defendants. | Case No. 1:23-cv-00048-EPG (PC)<br><br>ORDER REQUIRING THE WARDEN OF CALIFORNIA STATE PRISON, CORCORAN, TO RESPOND TO PLAINTIFF'S MOTION (ECF NO. 9) WITHIN TWENTY-ONE DAYS<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER AND THE MOTION (ECF NO. 9) ON THE WARDEN OF CALIFORNIA STATE PRISON, CORCORAN, THE LITIGATION COORDINATOR AT CALIFORNIA STATE PRISON, CORCORAN, AND SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON |

　　　　Kareem Howell ("Plaintiff") is a prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On February 6, 2023, Plaintiff filed a motion for a temporary restraining order and/or preliminary injunction. (ECF No. 9). Plaintiff alleges that since this case was filed on January 11, 2023, his cell has been searched twice, and each time legal documents came up missing after the search. Additionally, on January 23, 2023, Correctional Captain Johnson[1] told Plaintiff that because Plaintiff chose to file this lawsuit, he should accept the consequences. He

---

[1] While Plaintiff refers to Johnson as a defendant in his motion, Johnson is not named as a defendant in this case.

1

also told Plaintiff that they are going to keep conducting cell searches and "fucking up [his] shit" unless Plaintiff drops the lawsuit. On that same day, defendant Correctional Lieutenant Aranda told Plaintiff that he might not survive until his parole date if he does not drop this lawsuit.

Given Plaintiff's allegations that Defendants are interfering with this case, the Court will require the Warden of California State Prison, Corcoran to file a response to Plaintiff's motion.

Accordingly, IT IS ORDERED that:

1. Within twenty-one (21) days from the date of service of this order, the Warden of California State Prison, Corcoran shall file a response to Plaintiff's motion (ECF No. 9); and
2. The Clerk of Court is directed to serve the Warden of California State Prison, Corcoran, the Litigation Coordinator at California State Prison, Corcoran, and Senior Assistant Attorney General Monica Anderson with a copy of this order and Plaintiff's motion (ECF No. 9).

IT IS SO ORDERED.

Dated:   **February 7, 2023**                    /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE